IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> **(01) MARQUETTE DEANDRE MURRELL,** <br> [DOB: 9/9/90] <br><br> **(02) NICK CONNOR BURRIS** <br> [DOB: 3/21/94] <br><br> and <br><br> **(03) NATHANIEL DEAN RODGERS**, <br> [DOB: 11/18/92] <br><br> Defendants. <br><br> **Defendants/Counts:** <br> **(01) Murrell: 1, 2 and 5.** <br> **(02) Burris: 1 and 3.** <br> **(03) Rodgers: 1, 3 and 4.** | No. 15-4048-01/03-CR-C-SRB <br><br> **COUNT 1** <br> 21 U.S.C. § 846 <br> NMT 20 Years Imprisonment <br> NMT $1,000,000 Fine <br> NLT 3 Years Supervised Release <br> Class C Felony <br><br> **COUNTS 2, 3 and 5** <br> 21 U.S.C. § 841(a)(1) <br> NMT 20 Years Imprisonment <br> NMT $1,000,000 Fine <br> NLT 3 Years Supervised Release <br> Class C Felony <br><br> **COUNT 4** <br> 21 U.S.C. § 856(a)(1) <br> NMT 20 Years Imprisonment <br> NMT $500,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment (Each Count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

**COUNT 1**
(Conspiracy to Distribute Acetyl Fentanyl)
21 U.S.C. § 846

Between August 4, 2015, and August 9, 2015, said dates being approximate, in Boone County, within the Western District of Missouri, and elsewhere, the defendants, **MARQUETTE DEANDRE MURRELL, NICK CONNOR BURRIS** and **NATHANIEL DEAN RODGERS**, knowingly and intentionally conspired and agreed with other persons, known and unknown to the Grand Jury, to distribute a mixture or substance containing a detectable amount of Acetyl

Fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B).

## COUNT 2
(Distribution of Acetyl Fentanyl)
21 U.S.C. § 841(a)(1)

On or about August 8, 2015, in Boone County, within the Western District of Missouri, the defendant, **MARQUETTE DEANDRE MURRELL**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of Acetyl Fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Distribution of Acetyl Fentanyl)
21 U.S.C. § 841(a)(1)

On or about August 8, 2015, in Boone County, in the Western District of Missouri, the defendants, **NICK CONNOR BURRIS** and **NATHANIEL DEAN RODGERS**, knowingly and intentionally distributed a mixture or substance containing a detectable amount of Acetyl Fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Maintaining a Place for the Purpose of Distributing and Using Acetyl Fentanyl)
21 U.S.C. § 856(a)(1)

On or about August 8, 2015, and August 9, 2015, in Boone County, in the Western District of Missouri, the defendant, **NATHANIEL DEAN RODGERS**, knowingly and intentionally maintained a place at 2401 West Broadway, Apartment 420, Columbia, Missouri, for the purpose of distributing and using a mixture or substance containing a detectable amount

of Acetyl Fentanyl, a Schedule I controlled substance; all in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 5
(Possession with the Intent to Distribute Acetyl Fentanyl)
21 U.S.C. § 841(a)(1)

On or about August 9, 2015, in Boone County, in the Western District of Missouri, the defendant, **MARQUETTE DEANDRE MURRELL**, knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of Acetyl Fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**A TRUE BILL**

*/s/ Linda Jordan*
FOREPERSON OF THE GRAND JURY

*/s/ Michael S. Oliver*
Michael S. Oliver
Assistant United States Attorney

DATED:    08/25/2015
          Springfield, Missouri

3

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| Division of Filing<br>☐ Western<br>☑ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | Place of Offense<br><br>Boone<br>County and elsewhere | Matter to be Sealed<br>☑ Secret Indictment<br>☐ Juvenile |
|---|---|---|---|

**Defendant Information**
Defendant Name         Marquette Deandre Murrell
Alias Name
Birthdate              9/9/90

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☑ No   if yes, original case number _____
New Defendant                       ☐ Yes  ☑ No
Prior Complaint Case Number, if any 15-3020-MJ-MJW
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Michael S. Oliver

**Interpreter Needed**
☐ Yes        Language and/or dialect _____
☑ No

**Location Status**
Arrest Date  8/11/15
☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required        ☐ Yes  ☑ No
Warrant Required     ☐ Yes  ☑ No

**U.S.C. Citations**
Total # of Counts ___3___

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=ND.F/6701/4 | Conspiracy to Distribute Narcotics | 1 |
| 2 | 21:841B=ND.F/6701/4 | Narcotics-Sell, Distribute or Dispense | 2 |
| 3 | 21:841B=NP.F/6701/4 | Narcotics-Possession | 5 |
| 4 | | | |
| 5 | | | |

(May be continued on reverse)

Date _____8/25/15_____    Signature of AUSA  /s/ Michael S. Oliver

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing<br>☐ Western<br>☑ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | Place of Offense<br><br>Boone County and elsewhere | Matter to be Sealed<br>☑ Secret Indictment<br>☐ Juvenile |
|---|---|---|---|

**Defendant Information**
Defendant Name          Nick Connor Burris
Alias Name
Birthdate                     3/21/94

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☑ No   if yes, original case number _____
New Defendant                                 ☐ Yes  ☑ No
Prior Complaint Case Number, if any  15-3021-MJ-MJW
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Michael S. Oliver

**Interpreter Needed**
☐ Yes          Language and/or dialect _____
☑ No

**Location Status**
Arrest Date  8/11/15
☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required        ☐ Yes  ☑ No
Warrant Required  ☐ Yes  ☑ No

**U.S.C. Citations**
Total # of Counts ___2___

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=ND.F/6701/4 | Conspiracy to Distribute Narcotics | 1 |
| 2 | 21:841B=ND.F/6701/4 | Narcotics-Sell, Distribute or Dispense | 3 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

(May be continued on reverse)

Date _____8/25/15_____          Signature of AUSA   /s/ Michael S. Oliver

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing<br>☐ Western<br>☑ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | Place of Offense<br><br><u>Boone</u><br>County and elsewhere | Matter to be Sealed<br>☑ Secret Indictment<br>☐ Juvenile |
|---|---|---|---|

**Defendant Information**
Defendant Name          <u>Nathaniel Dean Rodgers</u>
Alias Name
Birthdate               <u>11/18/92</u>

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☑ No   if yes, original case number _____
New Defendant                        ☑ Yes  ☐ No
Prior Complaint Case Number, if any
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA <u>Michael S. Oliver</u>

**Interpreter Needed**
☐ Yes      Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody          Writ Required        ☐ Yes  ☑ No
☐ Currently on Bond                    Warrant Required     ☑ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts ___3___

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=ND.F/6701/4 | Conspiracy to Distribute Narcotics | 1 |
| 2 | 21:841B=ND.F/6701/4 | Narcotics-Sell, Distribute or Dispense | 3 |
| 3 | 21:856=NM.F/6703/4 | Narcotics-Manufacture | 4 |
| 4 |  |  |  |
| 5 |  |  |  |

(May be continued on reverse)

Date _____8/25/15_____       Signature of AUSA   <u>/s/ Michael S. Oliver</u>